# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-3533
_____

United States of America

*Plaintiff - Appellee*

v.

Severo De La Torre-Sanchez

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: May 26, 2026
Filed: May 29, 2026
[Unpublished]

_____

Before BENTON, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Severo De La Torre-Sanchez received a 42-month sentence after he pleaded guilty to unlawfully reentering the United States after having been convicted of an aggravated felony and deported. *See* 8 U.S.C. § 1326(a), (b)(2). An *Anders* brief

suggests the district court[1] imposed a substantively unreasonable sentence. *See Anders v. California*, 386 U.S. 738 (1967). In a pro se filing, De La Torre-Sanchez also argues the sentence is too long.

Upon careful review, we conclude that an enforceable appeal waiver covers both sets of arguments. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing the validity of an appeal waiver de novo); *United States v. Andis*, 333 F.3d 886, 889–92 (8th Cir. 2003) (en banc) (explaining that an appeal waiver will be enforced if the appeal falls within its scope, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice). We have also independently reviewed the record and conclude that no other non-frivolous issues exist. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988). We accordingly dismiss the appeal and grant counsel permission to withdraw.

_____

[1]The Honorable Brian C. Wimes, Chief Judge, United States District Court for the Western District of Missouri.